UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-03-437 |
| | § | H-03-437S |
| HIRAM ALANIZ-ESCALANTE | § | |

**MOTION TO DISMISS**

COMES NOW the United States of America, by and through its United States Attorney, Kenneth Magidson, and moves this Court to dismiss the charges in Indictment H-03-437 and superseding indictment H-03-437S, filed against Hiram Alaniz-Escalante, under Rule 48(a) of the Rules of Criminal Procedure for the following reasons:

The defendant was indicted by a federal grand jury on November 19, 2003, and subsequently charged in a superseding indictment on September 8, 2004. The defendant, Alaniz-Escalante, was charged with one count of conspiracy to possess with the intent to distribute marijuana and one count of possession with the intent to distribute less than 50 kilograms of marijuana, in violation of 21 USC 841 (b)(1)(D). Alaniz-Escalante has remained a fugitive since the date of the initial indictment. The government has determined that the federal interest in pursuing the defendant is no

longer present.

    For the reasons stated, the United States requests that this Motion to Dismiss the charges in indictment H-03-437 and H-03-437S against Defendant, HIRAM ALANIZ-ESCALANTE be GRANTED.

                                                        Respectfully submitted,

                                                        KENNETH MAGIDSON
                                                        United States Attorney

                    By:    /s/ *STUART A. BURNS*
                              STUART A. BURNS
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-03-437 |
| | § | H-03-437S |
| HIRAM ALANIZ-ESCALANTE | § | |

## **O R D E R**

The government's Motion to dismiss the charges in indictment H-03-437 and H-03-437S against Defendant HIRAM ALANIZ-ESCALANTE is GRANTED.

SIGNED on this ____ day of _____, 2014, at Houston, Texas.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE